SOUTHERN DISTRICT OF NEW YORK
NOTICE OF APPERANCE

---------------------------------------------------------x
**FELIX HERNANDEZ**         :
                            :     Civil Docket: 07-CV-4593 (RWS)
        -against-           :
                            :
**UNITED STATES OF AMERICA,**              :
            Defendant.      :     **NOTICE OF APPERANCE**
---------------------------------------------------------x

I **UZMAH SAGHIR**, hereby appear in the above captioned matter as retained Counsel for Mr. Felix Hernandez.

I am duly admitted to practice law in the Eastern District of New York since **July 2002 my bar code is US7214.**


**Uzmah Saghir, Esq**
**111 Livingston Street**
**Suite 1110**
**Brooklyn, NY 11201**
**Tel: 718 210 4798/ 197 306 6470**
**Fax: 718 375 9394**