**Law Office of**
# SAGHIR

111 Livingston Street
Suite 1110
Brooklyn, NY 11201
Tel: 718 210 4798   Fax: 718 375 9394

Uzmah Saghir, Esq.                                                                   uzmahuk@hotmail.com

June 11, 2007

Honorable Robert W. Sweet
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   RE:   **Felix Hernandez v. United States**
         Docket No.: 07-CV-4593

Dear Judge Sweet,

   On May 31, 2007, Mr. Hernandez by way of a pro se motion filed to vacate or set aside the conviction in his criminal case docket number 03-cr-1257.

   I have today field my notice of appearance in the above captioned matter. I respectfully ask that this Honorable Court set a scheduling order in this matter and direct the government to show cause in the case at bar.

   Having completed his criminal sentence, Mr. Hernandez is currently in INS custody awaiting deportation. I further ask that an order staying Mr. Hernandez's deportation be entered to ensure that Mr. Hernandez is not deported pending litigation of this matter. Mr. Hernandez's deportation will depend on the outcome of the case at bar.

   In order to assist the Court I am submitting a draft order to stay deportation pending the outcome of this matter. It is a matter of urgency that the order to stay is issued immediately.

   Thank you for your indulgence in this matter.

Respectfully submitted,

_____
Uzmah Saghir, Esq

CC: Benjamin Lawsky, AUSA, via email

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| **FELIX HERNANDEZ,** | : | Civil Action No: 07-CV-4593 (RWS) |
| Petitioner, | : | Criminal Docket: 03-CR-1257 (RWS) |
| -against- | : | |
| | : | TEMPORARY STAY OF DEPORTATION |
| **UNITED STATES OF AMERICA,** | : | <u>AS TO FELIX HERNANDEZ</u> |
| Respondent. | : | |

-------------------------------------------------------x

**IT IS HEREBY ORDERED** that the deportation of **FELIX HERNANDEZ** is stayed pending the outcome of his petition pursuant to 18 USC §2255, filed on May 31, 2007.

SO ORDERED

_____
Honorable Robert W. Sweet
United States District Judge
Southern District of New York